Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff
Jacqueline K. Longwill

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACQUELINE K. LONGWILL, | Case No.: 3:23-cv-00160-CLB |
| Plaintiff, | ORDER GRANTING STIPULATION TO EXTEND TIME OF TIME TO FILE MOTION FOR REMAND/REVERSAL |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Jacqueline K. Longwill and Kilolo Kijakazi, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from July 20, 2023, to August 17, 2023, for

-1-

1  Plaintiff to file her Motion for Remand/Reversal with all other dates in the Court's
2  Scheduling Order extended accordingly.  This is Plaintiff's first request for an
3  extension.  This request is made at the request of Plaintiff's counsel.  Plaintiff is
4  homeless and destitute.  Counsel has not been able to communicate with plaintiff
5  adequately and to obtain additional information, which counsel requires before
6  completion of briefing.  Counsel respectfully requests the granting of this request
7  for the proper briefing of this matter.

8  DATE: July 20, 2023          Respectfully submitted,

9                                               LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

10                                                    /s/ *Marc V. Kalagian*
11                                     BY: _____
                                              Marc V. Kalagian
12                                            Attorney for plaintiff Jacqueline K. Longwill

13

14  DATE: July 20, 2023          JASON M. FRIERSON
                                              United States Attorney
15

16                                                 /s/ *Heidi L. Triesch*

17                                     BY: _____

18                                            Heidi L. Triesch
                                              Special Assistant United States Attorney
19                                            |*authorized by e-mail|

20
                                                         **ORDER**
21
        IT IS SO ORDERED
22
    DATE: July 21, 2023
23
                                              _____
24                                            THE HONORABLE CARLA L. BALDWIN
                                              UNITED STATES MAGISTRATE JUDGE
25

26

-2-