Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook & Stone
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax:  (702) 384-0394
E-mail: Lstone@shookandstone.com

Attorneys for Plaintiff
Jacqueline K. Longwill

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELINE K. LONGWILL, | Case No.: 3:23-cv-00160-CLB |
| Plaintiff, | ORDER GRANTING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| LELAND DUDEK,[1] Acting Commissioner of Social Security, | |
| Defendant. | |

---

[1]   Leland Dudek, the new Acting Commissioner of Social Security, should be substituted as the defendant in this suit per F.R.C.P. Rule 25(d).  No further action need be taken per 42 U.S.C. § 405(g).

TO THE HONORABLE CARLA BALDWIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Jacqueline K. Longwill ("Longwill") be awarded attorney fees in the amount of fourteen thousand dollars ($14,000.00) and expenses in the amount of zero dollars ($0.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of zero dollars ($0.00) under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Longwill, the government will consider the matter of Longwill's assignment of EAJA fees to Marc Kalagian. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Longwill, but if the Department of the Treasury determines that Longwill does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the

///

///

///

1 assignment executed by Longwill.[2]  Any payments made shall be delivered to Law
2 Offices of Lawrence D. Rohlfing, Inc., CPC. Counsel agrees that any payment of
3 costs may be made either by electronic fund transfer (ETF) or by check.
4   This stipulation constitutes a compromise settlement of Longwill's request
5 for EAJA attorney fees, and does not constitute an admission of liability on the part
6 of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall
7 constitute a complete release from, and bar to, any and all claims that Longwill
8 and/or Marc Kalagian including Law Offices of Lawrence D. Rohlfing, Inc., CPC,
9 may have relating to EAJA attorney fees in connection with this action.
10   This award is without prejudice to the rights of Marc Kalagian and/or the
11 Law Offices of Lawrence D. Rohlfing, Inc., CPC, to seek Social Security Act
12 attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of
13 the EAJA.
14 DATE: February 24, 2025  Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian* [3]

BY:_____
Marc V. Kalagian
Attorney for plaintiff
JACQUELINE K. LONGWILL

---

[2] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

[3] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| DATED: February 24, 2025 | SUE FAHIMI<br>Acting United States Attorney |
| | /s/ *Jeffrey E. Staples* |
| | _____<br>JEFFREY E. STAPLES<br>Special Assistant United States Attorney<br>Attorneys for Defendant<br>LELAND DUDEK, Acting Commissioner of<br>Social Security (Per e-mail authorization) |

**ORDER**

Approved and so ordered:

DATE: February 24, 2025

_____
THE HONORABLE CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE

-4-